**Ottomar STANGE, d. b. a. Stange Construction Company, v. J. A. HICKEY.**

**No. 6144.**

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1933.

Boyd, Brooks & Wickham, of Cleveland, Ohio, for appellant.

Anderson & Lamb, of Cleveland, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed.